UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH EDWARD ADCOX, ) | Case No. CIV. F-92-5830-OWW-P |
| ) | |
| Petitioner, ) | |
| ) | DEATH PENALTY CASE |
| vs. ) | |
| ) | |
| ROBERT L. AYERS, Jr.*, Warden ) | Order Setting Date to Amend |
| of San Quentin State Prison, ) | Federal Petition Following |
| ) | Exhaustion |
| Respondent. ) | |

Petitioner Keith Edward Adcox ("Adcox") filed his federal petition for writ of habeas corpus April 3, 1995. The petition was amended on September 7, 1995. Seven claims in Adcox's petition were denied on the merits June 7, 1998, as were portions of four other claims. Fifteen claims were determined to be completely unexhausted, and six claims were found to be partially unexhausted. Adcox withdrew his unexhausted claims, pursuant to the procedure in effect at the time, and the remaining exhausted

_____

* Robert L. Ayers, Jr. is substituted for his predecessor as Warden of San Quentin State Prison, pursuant to Federal Rule of Civil Procedure 25(d).

claims in his federal petition were held in abeyance June 22, 1998. Adcox filed his state exhaustion petition, California Supreme Court Case No. S074000, on October 8, 1998. An informal response was filed to the petition September 8, 1999, and Adcox's reply was filed March 15, 2000. The California Supreme Court denied Adcox's state exhaustion petition on the merits, and as untimely, January 3, 2007.

While Adcox's exhaustion petition was pending before the state court, his appointed lead counsel moved to withdraw from the case, and the Federal Defender for the Eastern District of California was substituted in as lead counsel. Eric J. Fogderude remains second counsel for Adcox.

The Guide to Case Management and Budgeting in Capital Habeas Cases, Eastern District of California, Fresno Division[1] (hereafter the "Attorney Guide") provides an overview of the process for capital habeas corpus cases in this Court. Counsel for Adcox are directed to familiarize themselves with the Attorney Guide. Particular attention should be given to information about case management procedures and matters governing payment rates for appointed counsel. *See* Attorney Guide, ¶¶ 3, 8. Since the procedures for establishing reimbursement rates for CJA counsel have changed in recent years, any change from the prior rates established for counsel in this

---

[1] The Attorney Guide is posted on the Court's website, under Attorney Info, Fresno, Forms.

case will require an application supported by a completed Rate Justification Worksheet (Appendix A to the Attorney Guide).  This application may be submitted to the Court confidentially.

Budget forms will be electronically transmitted to counsel. *See* Attorney Guide, ¶ 11.  A preliminary budget for the second half of Phase II of the litigation must be presented and approved before any reimbursement for professional services will be authorized.  *See* Attorney Guide, ¶¶ 53 and 57.  The proposed budget need only include hours and expenses for CJA counsel, but should indicate in the supporting declaration the division of labor and allocation of resources with the Federal Defender.  As specified in the Attorney Guide, the proposed budget and application, including supporting declarations, should be submitted to the Court under seal.[2]

In light of the extensive amount of time this case was in abeyance pending the exhaustion of state remedies, and considering that lead counsel is relatively new to the case, the time for amendment of the federal petition following exhaustion is expanded from the norm.  Adcox shall file an amended petition, asserting all factual allegations and the legal basis or theory underlying the claims, but not points and authorities, by May 3, 2007.  Respondent Robert L. Ayers, Jr. ("the State") shall file an answer pursuant to Rule 5(b) of the Rules Governing § 2254

---

[2] Sealed applications are submitted in person or by mail and scanned into the Court's electronic filing system by Court Clerk's Office staff.  The original documents are then returned to counsel.

1  Cases within 90 days of the date the amended petition is filed.
2      Adcox will set a Phase III Case Management Conference, to be
3  held within 30 days of the filing of the State's answer, to
4  address the issues of merits briefing and motions for further
5  factual development, such as record expansion, discovery or
6  evidentiary hearing.

IT IS SO ORDERED.

**Dated:   February 12, 2007**              **/s/ Oliver W. Wanger**
b64h1h                                  UNITED STATES DISTRICT JUDGE