ERIC K. FOGDERUDE, SB #70860
FLETCHER & FOGDERUDE, Inc.
5412 N. Palm Avenue
Suite 101
Fresno, California 93704
Telephone (559) 431-9710
Facsimile (559) 431-4108
E-mail: efogderude1@yahoo.com

DANIEL J. BRODERICK, SB # 89424
Federal Defender
LISSA J. GARDNER, NM Bar #9429
Assistant Federal Defender
801 I Street, 3d Floor
Sacramento, California 95814
Telephone (916) 498-6666
Facsimile (916) 498-6656
E-mail: Lissa_Gardner@fd.org

Attorneys for Petitioner
KEITH EDWARD ADCOX

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH EDWARD ADCOX,<br><br>    Petitioner,<br><br>    v.<br><br>ROBERT L. AYERS, JR. Warden of San Quentin State Prison,<br><br>    Respondent. | NO. CIV-F-92 5830-OWW-P<br><br>**DEATH PENALTY CASE**<br><br>**ORDER GRANTING PETITIONER'S REQUEST TO FILE MOTION AND DECLARATION *EX PARTE* AND UNDER SEAL** |

       Pursuant to Local Rule 39-141, Petitioner has requested authorization to file *ex parte* and under seal a motion and declaration of Petitioner's counsel in support of said motion. The motion and attached declaration relates solely to Petitioner's representation by legal counsel, and should be filed *ex parte* and under seal. GOOD CAUSE appearing, Petitioner's request is GRANTED. The Clerk is directed to file *ex parte* and under seal Petitioner's motion and counsel's declaration in support of the motion.

       IT IS SO ORDERED.

Dated: March 9, 2007                          /s/ Oliver W. Wanger

                                                                       OLIVER W. WANGER
                                                                       UNITED STATES DISTRICT COURT JUDGE