DANIEL J. BRODERICK, SB # 89424
Federal Defender
LISSA J. GARDNER, NM Bar #9429
Assistant Federal Defender
801 I Street, 3d Floor
Sacramento, California 95814
Telephone (916) 498-6666
Facsimile (916) 498-6656
E-mail: Lissa_Gardner@fd.org

WENDY C. PEOPLES, Bar #141358
LAW OFFICE OF WENDY PEOPLES
320 West Jefferson Street
Tallahassee, Florida 32301
Telephone: (850) 224-0004
Fax: (850) 224-3331
Email: wendypeoples@earthlink.net

Attorneys for Petitioner

FILED
JUN 2 7 2007
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH EDWARD ADCOX,<br><br>    Petitioner,<br><br>    v.<br><br>ROBERT L. AYERS, JR. Warden of<br>San Quentin State Prison,<br>    Respondent. | No. CIV-F-92 5830-OWW-P<br><br>**DEATH PENALTY CASE**<br><br>[~~PROPOSED~~] **ORDER GRANTING PETITIONER'S REQUEST TO FILE MOTION EX PARTE AND UNDER SEAL** |

Pursuant to Local Rule 39-141, Petitioner has requested authorization to file *ex parte* and under seal a motion for release of Petitioner's sealed documents. The motion relates solely to Petitioner's representation by legal counsel and should be filed *ex parte* and under seal.

GOOD CAUSE appearing, Petitioner's request is GRANTED. The Clerk is directed to file *ex parte* and under seal Petitioner's motion.

IT IS SO ORDERED.

Dated: June 26, 2007

*/s/ Oliver W. Wanger*

OLIVER W. WANGER
UNITED STATES DISTRICT COURT