UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH EDWARD ADCOX,<br><br>　　　Petitioner,<br><br>　vs.<br><br>ROBERT L. AYERS, JR., Warden of San Quentin State Prison,<br><br>　　　Respondent. | Case No. CIV. F-92-5830-OWW-P<br><br>DEATH PENALTY CASE<br><br>Order Granting Motion for Extension of Time to File Amended Petition for Writ of Habeas Corpus (Doc. 105) |

　　On June 26, 2007, Petitioner Keith Edward Adcox ("Adcox") filed a second motion for extension of time to file his amended petition following exhaustion of state remedies. Adcox requests an additional 60 days, from July 2, 2007, until August 29, 2007. Adcox asserts that the difficulties in locating the entire record and including the relevant record and case related citations in the petition justifys this request.

　　The Court finds good cause for granting Adcox's motion.

IT IS SO ORDERED.

DATED:　July 6, 2007

　　　　　　　　　　　　　　　　　　/s/ Oliver W. Wanger
　　　　　　　　　　　　　　　　　　United States District Judge