1   DANIEL J. BRODERICK, SB # 89424
    Federal Defender
2   LISSA J. GARDNER, NM Bar #9429
    Assistant Federal Defender
3   801 I Street, 3d Floor
    Sacramento, California 95814
4   Telephone (916) 498-6666
    Facsimile (916) 498-6656
5   E-mail:  Lissa_Gardner@fd.org

6   WENDY PEOPLES, Bar #141358
    LAW OFFICE OF WENDY PEOPLES
7   320 West Jefferson Street
    Tallahassee, Florida 32301
8   Telephone: (850) 224-0004
    Fax: (850) 224-3331
9   Email: wendypeoples@earthlink.net

10  Attorneys for Petitioner

11

12              IN THE UNITED STATES DISTRICT COURT

13          FOR THE EASTERN DISTRICT OF CALIFORNIA

14  KEITH EDWARD ADCOX,                    )
                                           )
15              Petitioner,                )   No.  CIV-F-92 5830-OWW-P
                                           )
16      vs.                                )   **DEATH PENALTY CASE**
                                           )
17  ROBERT L. AYERS, JR. Warden of         )   **ORDER GRANTING**
    San Quentin State Prison,              )   **EXTENSION OF TIME TO FILE**
18                                         )   **SECOND AMENDED PETITION**
                Respondent.                )   **FOR WRIT OF HABEAS CORPUS**
19  _____)

20          Petitioner requests an extension of time for forty-five (45) days to file the second amended petition

21  for writ of habeas corpus from August 29, 2007 until October 15, 2007 stating that this additional time is

22  necessary to ensure that all relevant documents have been reviewed and that the amended petition is both

23  complete and accurate.

24          The Court finds GOOD CAUSE for granting Petitioner's request.

25          It is so ordered.

26  DATED: August 17, 2007.

27                                  _____/s/ Oliver W. Wanger_____

28  -

---

Order Granting Extension of Time                    *Adcox v. Ayers*, CIV-F-92-5830 OWW P