1   DANIEL J. BRODERICK, SB # 89424
    Federal Defender
2   LISSA J. GARDNER, NM Bar #9429
    Assistant Federal Defender
3   801 I Street, 3d Floor
    Sacramento, California 95814
4   Telephone (916) 498-6666
    Facsimile (916) 498-6656
5   E-mail:  Lissa_Gardner@fd.org

6   WENDY PEOPLES, Bar #141358
    LAW OFFICE OF WENDY PEOPLES
7   320 West Jefferson Street
    Tallahassee, Florida 32301
8   Telephone: (850) 224-0004
    Fax: (850) 224-3331
9   Email: wendypeoples@earthlink.net

10   Attorneys for Petitioner

11

12           IN THE UNITED STATES DISTRICT COURT

13       FOR THE EASTERN DISTRICT OF CALIFORNIA

14   KEITH EDWARD ADCOX,      )
                          )
15         Petitioner,     )   No.  CIV-F-92 5830-OWW-P
                          )
16     vs.             )   **DEATH PENALTY CASE**
                          )
17   ROBERT L. AYERS, JR. Warden of  )   **ORDER GRANTING**
    San Quentin State Prison,     )   **EXTENSION OF TIME TO FILE**
18                           )   **SECOND AMENDED PETITION**
        Respondent.    )   **FOR WRIT OF HABEAS CORPUS**
19   _____)

20       Petitioner requests an extension of time for thirty (30) days to file the second amended petition for

21 writ of habeas corpus from October 15, 2007 until November 14, 2007, stating that this additional time is

22 necessary to ensure that all relevant documents have been reviewed and that the amended petition is both

23 complete and accurate.

24       The Court finds GOOD CAUSE for granting Petitioner's request.

25

26

27   IT IS SO ORDERED.

28   **Dated:   October 9, 2007**            **/s/ Oliver W. Wanger**
                                  UNITED STATES DISTRICT JUDGE