DANIEL J. BRODERICK, SB # 89424
Federal Defender
LISSA J. GARDNER, NM Bar #9429
Assistant Federal Defender
801 I Street, 3d Floor
Sacramento, California 95814
Telephone (916) 498-6666
Facsimile (916) 498-6656
E-mail: Lissa_Gardner@fd.org

WENDY PEOPLES, Bar #141358
LAW OFFICE OF WENDY PEOPLES
320 West Jefferson Street
Tallahassee, Florida 32301
Telephone: (850) 224-0004
Fax: (850) 224-3331
Email: wendypeoples@earthlink.net

Attorneys for Petitioner

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH EDWARD ADCOX,<br><br>　　　　Petitioner,<br><br>　　vs.<br><br>ROBERT L. AYERS, JR. Warden of<br>San Quentin State Prison,<br><br>　　　　Respondent. | No. CIV-F-92 5830-OWW-P<br><br>**DEATH PENALTY CASE**<br><br>**ORDER GRANTING<br>EXTENSION OF TIME TO FILE<br>SECOND AMENDED PETITION<br>FOR WRIT OF HABEAS CORPUS** |

　　　Petitioner requests an extension of time for sixty (60) days to file the second amended petition for writ of habeas corpus from November 14, 2007 until January 14, 2008, stating that this additional time is necessary to ensure that all relevant documents have been reviewed and that the amended petition is both complete and accurate.

　　　The Court finds GOOD CAUSE for granting Petitioner's request.

　　　IT IS SO ORDERED.

**Dated:    November 7, 2007**　　　　　　　　／s/ Oliver W. Wanger
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE