DANIEL J. BRODERICK, SB # 89424
Federal Defender
LISSA J. GARDNER, NM Bar #9429
Assistant Federal Defender
801 I Street, 3d Floor
Sacramento, California 95814
Telephone (916) 498-6666
Facsimile (916) 498-6656
E-mail: Lissa_Gardner@fd.org

WENDY PEOPLES, Bar #141358
LAW OFFICE OF WENDY PEOPLES
320 West Jefferson Street
Tallahassee, Florida 32301
Telephone: (850) 224-0004
Fax: (850) 224-3331
Email: wendypeoples@earthlink.net

Attorneys for Petitioner
KEITH EDWARD ADCOX

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH EDWARD ADCOX, <br><br> Petitioner, <br><br> v. <br><br> ROBERT L. AYERS, JR. Warden of San Quentin State Prison, <br><br> Respondent. | NO. CIV-F-92 5830-OWW-P <br><br> **DEATH PENALTY CASE** <br><br> **ORDER GRANTING PETITIONER'S REQUEST TO FILE ADDENDUM TO MOTION *EX PARTE* AND UNDER SEAL** |

   Pursuant to Local Rule 39-141, Petitioner has requested authorization to file *ex parte* and under seal an Addendum to his Motion for Extension of Time to File Second Amended Petition for Writ of Habeas Corpus. The Addendum should be filed *ex parte* and under seal because the information contains confidential attorney work product and information protected by the attorney-client privilege ad are work product, and thus warrants filing this Addendum *ex parte* and under seal.

   GOOD CAUSE appearing, Petitioner's request is GRANTED. The Clerk is directed to file *ex parte* and under seal Petitioner's Addendum to his Motion for Extension of Time to

1  File Second Amended Petition for Writ of Habeas Corpus.

2  　　　IT IS SO ORDERED.

3  **Dated:   November 7, 2007**　　　　　　　　　**/s/ Oliver W. Wanger**
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE