1
2
3
4
5
6                    UNITED STATES DISTRICT COURT
7                    EASTERN DISTRICT OF CALIFORNIA
8
9   KEITH EDWARD ADCOX,            )    Case No. 1:92-cv-5830-OWW
                                   )
10                 Petitioner,     )
                                   )    DEATH PENALTY CASE
11       vs.                       )
                                   )
12  ROBERT L. AYERS, JR.,  Warden  )    Order Granting Sixth Extension of
    of San Quentin State Prison,   )    Time to File Second Amended
13                                 )    Petition for Writ of Habeas Corpus
                   Respondent.     )
14                                 )

15       Petitioner Keith Edward Adcox ("Adcox") requests a sixth extension

16  of time for forty-five (45) days to file the second amended petition for writ

17  of habeas corpus from January 14, 2008, until February 28, 2008.  Adcox

18  states this additional time is needed to ensure all relevant documents have

19  been reviewed and the amended petition is both complete and accurate.

20       Adcox's request for an extension is GRANTED.  Adcox is expected to

21  take all necessary steps to meet this date, as no further extensions for filing

22  the amended petition will be granted.

23

24  IT IS SO ORDERED.

25  **Dated:    January 2, 2008**              **/s/ Oliver W. Wanger**
                                       UNITED STATES DISTRICT JUDGE
26