IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| KEITH EDWARD ADCOX, | CIV F 92-5830-OWW-P |
|---|---|
| Petitioner, | **ORDER** |
| v. | |
| ROBERT L. AYERS, JR., WARDEN, | |
| Respondent. | |

GOOD CAUSE APPEARING, Respondent's application for a 61-day enlargement of time, from May 28, 2008, to July 28, 2008, within which to file a response to the Second Amended Petition is granted.

Dated: May 29, 2008      /s/ OLIVER W. WANGER
                         The Honorable Oliver W. Wanger

[Proposed] Order

1