1
2
3
4
5
6
                        UNITED STATES DISTRICT COURT
7
                        EASTERN DISTRICT OF CALIFORNIA
8

9 KEITH EDWARD ADCOX,        )    Case No. 1:92-cv-5830-OWW
                               )
10          Petitioner,       )
                               )    <u>DEATH</u> <u>PENALTY</u> <u>CASE</u>
11    vs.                   )
                               )
12 ROBERT L. AYERS, JR.,  Warden )   Order Granting Second Extension of
of San Quentin State Prison,     )   Time to File Answer
13                                )
14           Respondent.    )
  _____)

15      Petitioner Keith Edward Adcox ("Adcox") filed his second amended

16 petition for writ of habeas corpus February 28, 2008.  Respondent Robert L.

17 Ayers, Jr., ("the Warden") was granted a 60-day extension of time,  from May 28,

18 2008 to July 28, 2008, to file the answer.

19      The Warden filed a second request for a 60-day extension July 21, 2008.

20 Based on the Warden's application, it is unclear the answer can be completed

21 within the requested time.

22      GOOD CAUSE APPEARING, the Warden is granted a 90-day enlargement

23 of time, to October 27, 2008, to file the answer.

24

25 IT IS SO ORDERED.

26 **Dated:    July 22, 2008**         _____/s/ Oliver W. Wanger_____
                                 UNITED STATES DISTRICT JUDGE