FILED

OCT 27 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
      DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH EDWARD ADCOX,<br><br>　　　　Petitioner,<br><br>　vs.<br><br>ROBERT L. AYERS, JR., Warden of San Quentin State Prison,<br><br>　　　　Respondent. | Case No. 1:92-cv-5830-OWW<br><br>DEATH PENALTY CASE<br><br>Order Granting Respondent's Third Extension of Time to File Answer |

　　　Petitioner Keith Edward Adcox ("Adcox") filed his second amended petition for writ of habeas corpus February 28, 2008. Respondent Robert L. Ayers, Jr., ("the Warden") was granted a first extension of time, from May 28, 2008 to July 28, 2008, to file the answer. The Warden's second request for an extension was sua sponte increased from the requested 60 days, to 90 days, because the Warden's application cast doubt on whether the answer could be completed within the requested time.

　　　The Warden filed a third request for an extension of the current due date of October 27, 2008, to January 26, 2009. This extension will give the Warden a total of eleven months to file the answer. Based on the Warden's application, it does not appear that any work has been done on the answer in this case, and that other cases have been given priority over this case.

Petitioner was granted six extensions, totaling about thirteen months, to file his amended petition following his return from state court for exhaustion. The extensions were granted because counsel representing Petitioner was new to his case, and required time to obtain and review the record, and to amend the petition which prior counsel had prepared. Counsel for the Warden has been assigned to this case from the beginning of Petitioner's appeal in the state court. The conviction and sentence in this case have been on appeal for over 25 years, and both parties deserve to have the issues in this case resolved.

The Warden is granted a 90-day enlargement of time, to January 26, 2009, to file the answer. Any further request for extension of time shall require a showing of extraordinary good cause.

IT IS SO ORDERED.

DATED: 10-27-08

OLIVER W. WANGER
United States District Judge

2