DANIEL J. BRODERICK, Bar # 89424
Federal Defender
LISSA J. GARDNER, NM Bar #9429
Assistant Federal Defenders
801 I Street, Third Floor
Sacramento, California 95814
Telephone: (916) 498-6666
Facsimile:  (916) 498-6656
E-mail:  Lissa_Gardner@fd.org

WENDY PEOPLES, Bar #141358
LAW OFFICE OF WENDY PEOPLES
320 West Jefferson Street
Tallahassee, Florida 32301
Telephone: (850) 224-0004
Fax: (850) 224-3331
Email: wendypeoples@earthlink.net

Attorneys for Petitioner

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH EDWARD ADCOX,<br><br>       Petitioner,<br><br>       v.<br><br>VINCENT CULLEN, Acting Warden of San Quentin State Prison,<br><br>       Respondent. | No. 1:92-cv-05830-OWW-DP<br><br>**CAPITAL CASE**<br><br>**ORDER GRANTING PETITIONER'S MOTION FOR EXTENSION OF TIME IN WHICH TO FILE BRIEF ON THE MERITS** |

   GOOD CAUSE appearing, Petitioner in this case is GRANTED an extension of time until March 30, 2011, in which to file Petitioner's Brief on the Merits.

   IT IS SO ORDERED.

DATED: March 9, 2011.

                                                  /s/ OLIVER W. WANGER
                                                  United States District Court Judge