# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH EDWARD ADCOX, <br><br> Petitioner, <br><br> v. <br><br> RON DAVIS, Warden of California State Prison at San Quentin, <br><br> Respondent. | Case No. 1:92-cv-05830-LJO-SAB <br><br> <u>DEATH PENALTY CASE</u> <br><br> ORDER DISCONTINUING STATUS REPORTS DURING EXHAUSTION STAY <br><br> (Doc. No. 167) |

Petitioner is henceforth relieved of the requirement that he file status reports on the progress of state exhaustion proceedings. (*See* Doc. No. 167.)

Petitioner is directed to file a report of claim disposition within thirty (30) days of the state supreme court's decision thereon. If Petitioner does not provide that report within the 30 days then Respondent shall apprise the Court forthwith. The Court may from time to time order Petitioner and/or Respondent to apprise the Court of the status of the state proceedings.

IT IS SO ORDERED.

Dated: **January 25, 2018**

UNITED STATES MAGISTRATE JUDGE

1