# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH EDWARD ADCOX,<br><br>        Petitioner,<br>v.<br><br>RON DAVIS, Warden of San Quentin State Prison,<br><br>        Respondent. | Case No. 1:92-cv-05830-LJO-SAB<br><br>DEATH PENALTY CASE<br><br>ORDER SETTING STATUS CONFERENCE HEARING<br><br>Telephonic Hearing:<br> Date: May 14, 2018<br> Time: 9:15 a.m.<br> Courtroom: 9<br> Judge: Stanley A. Boone |

This matter is stayed pending state exhaustion. (Doc. No. 167.) On April 26, 2018, Petitioner filed notice that the California Supreme Court has disposed of the exhaustion claims by transferring the matter to the Superior Court of California, County of Tuolumne, for adjudication of the juror misconduct claim, and denying the remaining claims on the merits and on procedural grounds. (Doc. Nos. 199, 199-1.)

The parties are directed to meet and confer regarding the impact of claim disposition upon the federal stay and scheduling, if any there be. The parties shall file a joint status conference statement indicating the results of these discussions including areas of agreement and disagreement, by not later than May 10, 2018.

The Court sets a status conference hearing for May 14, 2018 at 9:15 a.m. in Department 9 before the undersigned. The parties may appear by teleconference. The attorneys are directed to contact the Court's Courtroom Deputy Clerk, Ms. Mamie Hernandez, to advise that they will be

appearing telephonically and to obtain the teleconference number and pass code.

IT IS SO ORDERED.

Dated: __**April 30, 2018**__

_____
UNITED STATES MAGISTRATE JUDGE