# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH EDWARD ADCOX,<br><br>        Petitioner,<br><br>    v.<br><br>RON DAVIS, Warden of San Quentin State Prison,<br><br>        Respondent. | Case No. 1:92-cv-05830-LJO-SAB<br><br>DEATH PENALTY CASE<br><br>ORDER VACATING MAY 14, 2018 STATUS CONFERENCE HEARING |

The Court, having reviewed the parties' May 9, 2018 joint status conference statement (Doc. No. 201) reflecting their agreement these proceedings remain stayed pending adjudication of all claims in the fourth state petition, hereby vacates the status conference set for May 14, 2018 at 9:15 a.m. in Courtroom 9 before the undersigned. Counsel need not appear.

Counsel for Petitioner is directed to file a report of claim disposition within thirty (30) days after the decision has been reached on the claim. If Petitioner does not provide that report within the 30 days, then Respondent shall apprise the Court forthwith. The Court may order periodic updates from the parties on the status of the proceedings.

IT IS SO ORDERED.

Dated: __May 11, 2018__

UNITED STATES MAGISTRATE JUDGE

1

2