# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH EDWARD ADCOX,<br><br>        Petitioner,<br>  v.<br><br>RON DAVIS, Warden of San Quentin State Prison,<br><br>        Respondent. | Case No. 1:92-cv-05830-LJO-SAB<br><br>DEATH PENALTY CASE<br><br>ORDER GRANTING UNOPPOSED REQUEST TO FILE DOCUMENTS UNDER SEAL<br><br>(Doc. No. 203) |

Before the Court is Petitioner's June 14, 2018 request, by and through appointed co-counsel, the Office of the Federal Defender, to file ex parte and under seal his separately submitted: (i) Request to seal documents, (ii) Motion documents to be filed under seal relating to counsel appointment and budgetary matters, and (iii) A proposed order on the motion. Petitioner states the documents proposed for sealing relate solely to legal representation and include confidential and privileged information.

No opposition has been received and the time for submitting opposition has expired. Local Rule 141(c).

The Court has reviewed the request and the noted separately submitted documents and HEREBY ORDERS that:

    1.    Petitioner's request is GRANTED, the Clerk of the Court is directed to file ex parte and under seal, with service upon only counsel for Petitioner: (i) The request to seal documents totaling three (3) pages, (ii) The motion documents to be filed

1

1 | | under seal totaling ten (10) pages, and (iii) The proposed order on the motion
2 | | totaling one (1) page,
3 | 2. | The foregoing documents and the information therein constitute confidential
4 | | information which shall not be disclosed, in whole or part, to any person other
5 | | than the Court and Court staff and individually named counsel for their use solely
6 | | in connection with litigation of the habeas corpus proceeding pending before this
7 | | Court,
8 | 3. | No publicly filed document shall include the above documents and/or the
9 | | information therein unless authorized by the Court to be filed under seal, and
10 | 4. | All provisions of this order shall continue to be binding after the conclusion of
11 | | this habeas corpus proceeding and specifically shall apply in the event of a retrial
12 | | of all or any portion of Petitioner's criminal case, except that either party may
13 | | request modification or vacation of this order upon entry of final judgment.

IT IS SO ORDERED.

Dated:  **June 19, 2018**

UNITED STATES MAGISTRATE JUDGE