UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

KEITH EDWARD ADCOX,

Petitioner,

v.

DAO VANG, Acting Warden of the California Health Care Facility,

Respondent.[1]

Case No. 1:92-cv-05830-JLT

DEATH PENALTY CASE

ORDER DIRECTING THAT COUNSEL FOR PETITIONER FILE A STATUS REPORT

(30-Day Deadline)

On January 26, 2018, the Court issued an order relieving petitioner of the requirement that he file quarterly status reports on the progress of state exhaustion proceedings, and directing that he file a report of claim disposition within 30 days of the state supreme court's decision thereon. (Doc. 198). The Court provided therein that "[it] may from time to time order petitioner and/or respondent to apprise the Court of the status of the state proceedings." (*Id.*). Petitioner last updated the Court on the status of state proceedings on April 26, 2018. (Doc. 199).

///

///

///

[1] Petitioner is incarcerated at the California Health Care Facility, Stockton (CHCF), in the care and custody of Acting Warden Dao Vang. See https://ciris.mt.cdcr.ca.gov (last visited July 20, 2026). Pursuant to Federal Rule of Civil Procedure 25(d), Acting Warden Vang is substituted as respondent in place of his predecessor wardens.

Therefore, to ensure proper case management, the Court ORDERS that counsel for petitioner file a status report as to the state court proceedings not later than 30 days following service of this order.

IT IS SO ORDERED.

Dated: _July 24, 2026_

UNITED STATES DISTRICT JUDGE